**Evelyn B. CLARK, Plaintiff—Appellant,**

v.

**W. BEASLEY, Deputy Sheriff, County of Chesterfield Sheriff's Department; Donald Newton, Lieutenant, County of Chesterfield Sheriff's Department; Jeffrey Oliver, Sergeant, County of**

Chesterfield Sheriff's Department; Alvin Mosley, Deputy Sheriff, County of Chesterfield Sheriff's Department; Chesterfield County Sheriff's Department, Defendants—Appellees.

No. 04–1936.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 24, 2004.

Decided Jan. 3, 2005.

Evelyn B. Clark, Appellant pro se.

William Fisher Etherington, Beale, Balfour, Davidson & Etherington, P.C., Richmond, Virginia, for Appellees.

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Evelyn B. Clark appeals the district court's order denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Clark v. Beasley*, No. CA–03–1074–3 (E.D.Va. July 8, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*